IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MONICA M. AGLIORI,

       Plaintiff,

       v.

ALCOA, INC.,

       Defendant.

11cv0685
**ELECTRONICALLY FILED**

## VERDICT SLIP: LIABILITY

Based on the evidence admitted at trial and in accordance with the instructions as given by the Court, we, the jury, unanimously agree to the answers to the following questions:

1. **Alleged Sex Discrimination under Title VII of the Civil Rights Act of 1964**

   Did Plaintiff, Monica M. Agliori, prove, by a preponderance of the evidence, that Defendant Alcoa discriminated against her on the basis of her sex when it terminated her employment on November 17, 2009?

   _____ YES        \_\_\_\_X\_\_\_\_ NO

   Continue to Question #2.

2. **Alleged Age Discrimination under the Age Discrimination in Employment Act ("ADEA")**

   Did Plaintiff, Monica M. Agliori, prove, by a preponderance of the evidence, that Defendant Alcoa discriminated against her on the basis of her age when it terminated her employment on November 17, 2009?

   _____ YES        \_\_\_\_X\_\_\_\_ NO

   Continue to Question #3.

3. **Alleged Disability Discrimination under The Americans with Disability Act ("ADA")**

   Did Plaintiff, Monica M. Agliori, prove, by a preponderance of the evidence, that Defendant Alcoa discriminated against her on the basis of perceived disability when it terminated her employment on November 17, 2009?

   _____ YES          ____X____ NO

   Continue to Question #4.

4. **Alleged Retaliation pursuant to The Americans with Disability Act ("ADA") Medical Leave and Medical Accommodation Request**

   Did Plaintiff, Monica M. Agliori, prove, by a preponderance of the evidence, that: (i) she had a good faith and reasonable belief that she was in fact disabled under the ADA; (ii) she requested a reasonable accommodation for that disability; and (iii) Defendant Alcoa terminated her employment on November 17, 2009 because she requested that accommodation?

   _____ YES          ____X____ NO

   Continue to Question #5.

5. **Alleged Interference of the Family Medical Leave Act ("FMLA")**

   Did Plaintiff, Monica M. Agliori, prove, by a preponderance of the evidence, that Defendant Alcoa interfered with her rights under the Family Medical Leave Act when it terminated her employment on November 17, 2009?

   _____ YES          ____X____ NO

   Continue to Question #6.

6. **Alleged Retaliation for Family Medical Leave Act ("FMLA") Request**

   Did Plaintiff, Monica M. Agliori, prove, by a preponderance of the evidence, that Defendant Alcoa discriminated against her because she requested leave under the Family Medical Leave Act when it terminated her employment on November 17, 2009?

   _____ YES          ____X____ NO

   You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determination.

All jurors should sign and date the verdict form in the spaces below and notify the Bailiffs that you have reached a verdict.

The Foreperson should retain possession of the verdict form and bring it to the courtroom when the jury is brought back into the courtroom.

x _Michelle L. Leubhart_ Foreperson   x _Sandra L. Pickel_

x _Barbara Schrader_   x _Susan Ammon_

x _Jacob B. Litz_   x _J Wilt_

x _[signature]_   x _Susan Lewis_

DATED: _March 22_, 2012